UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ALFANDARY, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>NIKKO ASSET MANAGEMENT CO., LTD., et al.,<br><br>                    Defendants. | No. 17-CV-5137 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On February 2, 2021, Plaintiffs requested a pre-motion conference on their proposed motion (1) to amend the Protective Order to prohibit the use of any discovery produced in this case, whether confidential or not, for any other purpose and (2) to enjoin Defendants from pursuing a recently filed action in Japan against plaintiff Frederick Reidenbach.  (See dkt. no. 117 at 1-2.)  Defendants opposed that request.  (See dkt. no. 121 at 3-5.)  By no later than March 17, 2021, Plaintiff may file a reply to Defendants' opposition.

**SO ORDERED.**

Dated:    March 14, 2021
          New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge